ETTA L. MILLER *vs.* ORRIN FEYLER.

Lincoln County. Decided November 4, 1913. This is an action of slander in which the plaintiff sets out the defamatory words in two counts. A general demurrer was filed, and the declaration adjudged bad. Exceptions overruled. *Geo. A. Cowan,* for plaintiff. *Wm. H. Miller,* for defendant.